# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 1:24-CR-70 |
| v. | (Judge Wilson) |
| MARIO RUIZ-RUIZ,<br>Defendant. | |

## INDICTMENT

FILED
HARRISBURG, PA

MAR 20 2024

PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about March 13, 2024, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**MARIO RUIZ-RUIZ,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about March 24, 2021, through El Paso, Texas, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

███████████
FOREPERSON

GERARD M. KARAM
United States Attorney

3/20/24
Date

*Stephen W. Dukes*
Stephen W. Dukes
Assistant United States Attorney